STEPHEN KENNEDY, PLAINTIFF-APPELLANT, v. ALLSTATE INSURANCE COMPANY, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued September 10, 1986—Decided October 10, 1986.

Before Judges KING, DEIGHAN and HAVEY.

*Douglas J. Widman* argued the cause for appellant (*Widman & Cooney*, attorneys; *Fred Ira Eckhaus*, on the brief).

*John L. McDermott* argued the cause for respondents (*McDermott, McGee & Ruprecht*, attorneys).

PER CURIAM.

The judgment of the Law Division is affirmed for the reasons given in the opinion of Judge Selikoff.